IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RONALD BERNARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:19-cv-04043-NKL |
| ) | |
| KANSAS CITY LIFE INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**KANSAS CITY LIFE INSURANCE CO.'S**
**MOTION FOR SUMMARY JUDGMENT AND MOTION IN LIMINE**

COMES NOW Defendant Kansas City Life Insurance Co. ("Defendant") and hereby moves the Court to enter an Order granting summary judgment in its favor and against Plaintiff Ronald Bernard ("Plaintiff"), pursuant to Fed. R. Civ. P. 56, and in connection with that Motion enter an Order in Limine limiting the evidence to the administrative record as stipulated to by the parties (Doc. 14).

As set forth more fully in Defendant's Suggestions in Support, which is filed herewith and incorporated herein by this reference as if it were set out at length herein, there are no genuine issues of material fact and Defendant is entitled to summary judgment as a matter of law on Plaintiff's claims.

WHEREFORE, Defendant prays that the Court grant its Motion for Summary Judgment and Motion in Limine, finding in favor of Defendant and against Plaintiff on all claims, and granting to Defendant such other and further relief as the Court deems is just and proper in the premises.

Respectfully submitted,

LATHROP GAGE LLP

By: /s/ *Richard N. Bien*
Richard N. Bien (31398)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001

Carrie E. Josserand (50692)
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875
cjosserand@lathropgage.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Russell C. Still
HARLAN, STILL & KOCH
515 Cherry Street, Suite 300
P.O. Box 933
Columbia, MO 65205
Email: rstill@harlan-still.com

ATTORNEY FOR PLAINTIFF

/s/ *Richard N. Bien*
An Attorney for Defendant