# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | |
|---|---|
| RONALD BERNARD, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 19-04043-CV-C-NKL |
| KANSAS CITY LIFE INSURANCE CO., | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

___   Jury Verdict.   This action came before the Court for a trial by jury.

X   Decision by Court.   This action came before the Court.   The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order, Doc. [29], entered by the Honorable Nanette Laughrey on February 28, 2020, Defendant's motion in limine is GRANTED, Defendant's motion for summary judgment is DENIED, and Bernard's motion for summary judgment is GRANTED.

Date: March 2, 2020

PAIGE WYMORE-WYNN
Clerk of Court

s/ RENEA MATTHES MITRA
By: Renea Matthes Mitra, Courtroom Deputy