# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| RONALD BERNARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-04043-CV-C-NKL |
| KANSAS CITY LIFE INSURANCE CO., | ) ) ) |
| Defendant. | ) |

## NOTICE OF APPEAL
## TO THE UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

Notice is hereby given that Defendant Kansas City Life Insurance Co., defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Order dated, entered and filed on February 28, 2020 (Doc. 29) and the Clerk's Judgment in a Civil Case dated, entered and filed on March 2, 2020. (Doc. 30).

Dated: March 18, 2020

LATHROP GPM LLP

By: /s/ *Richard N. Bien*
Richard N. Bien (31398)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
richard.bien@lathropGPM.com

Carrie E. Josserand (50692)
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875
carrie.josserand@lathropGPM.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

      I hereby certify that on March 18, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Russell C. Still
HARLAN, STILL & KOCH
515 Cherry Street, Suite 300
P.O. Box 933
Columbia, MO 65205
Email: rstill@harlan-still.com

ATTORNEY FOR PLAINTIFF

                                        /s/ *Richard N. Bien*
                                        An Attorney for Defendant