# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1593

Ronald Bernard

Appellee

v.

Kansas City Life Insurance Company

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:19-cv-04043-NKL)

---

**MANDATE**

In accordance with the opinion and judgment of 04/05/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 19, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit