## JUDGMENT IN A CIVIL CASE

### UNITED STATES DISTRICT COURT

| | |
|---|---|
| RONALD BERNARD, | ) |
| | ) |
| vs. | ) Case No. 2:19-CV-4043-NKL |
| | ) |
| KANSAS CITY LIFE INSURANCE CO., | ) |
| | ) |

__ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is ORDERED AND ADJUDGED

Plaintiff's unopposed motion for attorney's fees totaling $31,340.05 as well as costs totaling $1,300 (Doc. [37]) is GRANTED.

| July 15, 2021 | PAIGE WYMORE-WYNN |
|---|---|
| Date | Clerk of Court |

| Entered on: July 14, 2021 | s/ TANIA LOCK |
|---|---|
| | By: Tania Lock, Courtroom Deputy |