IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| RONALD BERNARD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2:19-cv-04043-NKL |
| KANSAS CITY LIFE INSURANCE CO., | ) ) ) |
| Defendant. | ) ) |

## SATISFACTION OF JUDGMENT

Plaintiff Ronald Bernard hereby acknowledges payment in full of all sums due by reason of the judgments for award of benefits, attorney's fees, costs and relief of any kind entered in the above-captioned action by the Court's Order of February 28, 2020 (Dkt. 29), the Clerk's Entry of Judgment of March 2, 2020 (Dkt. 30), the Court's Order of July 14, 2021 (Dkt. 43), and the Clerk's Entry of Judgment of July 15, 2021 (Dkt. 44) in favor of Plaintiff and against the Defendant, and releases these judgments as having been fully and completely satisfied.

Respectfully submitted,

By: /s/ Russel C. Still
Russell C. Still
HARLAN, STILL & KOCH
515 Cherry Street, Suite 300
P.O. Box 933
Columbia, MO 65205
Email: rstill@harlan-still.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Richard N. Bien (31398)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
richard.bien@lathropgpm.com

Carrie E. Josserand (50692)
10851 Mastin Boulevard
Building 82, Suite 1000
Overland Park, Kansas 66210-1669
Telephone: (913) 451-5100
Telecopier: (913) 451-0875
carrie.josserand@lathropgpm.com
ATTORNEYS FOR DEFENDANT

/s/ Russell C. Still
Attorney for Plaintiff